**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda K. Narada; Ty Estes Narada, <br><br>　　　　　　Appellants, <br><br> v. <br><br> Social Security Administration, <br><br>　　　　　　Appellee. | No. CV12-8188 PCT DGC <br><br> **ORDER** |

　　　Appellants have filed a motion for stay. Doc. 9. This appeal was dismissed on May 16, 2013, for lack of jurisdiction. Doc. 8. Because no action is pending in this Court, Appellants may not file motions and there is nothing to stay. The motion for stay (Doc. 9) is therefore **denied.**

　　　Dated this 26th day of July, 2013.

_____
David G. Campbell
United States District Judge